BEFORE THE FIRST DIVISION, OCTOBER 21, 1964

No. 68835.—G. R. S. Imports, Inc. *v.* United States, protest 64/1648 (St. Louis).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66651, the claim of the plaintiff was sustained.

No. 68836.—Novelty Import Co., Inc., et al. *v.* United States, protests 63/22701, etc. (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68837.—Mexican-American Import Co. *v.* United States, protests 128629–KS, 128630–KS, and 135613–KS (Laredo).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of huaraches similar in all material respects to those the subject of *United States* v. *A. J. Taylor of Santa Fe, New Mexico* (48 CCPA 97, C.A.D. 772), the claim of the plaintiff was sustained.